Mark Ogden, AZ Bar No. 017108
mogden@littler.com
Michael J. Lehet, AZ Bar No. 024724
mlehet@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:    602.957.1801
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Bisson,<br><br>            Plaintiff,<br><br>v.<br><br>Crescent Crown Distributing, LLC,<br><br>            Defendant. | Case No. CV 10-01721-PHX-ROS<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to LRCiv 40.2(d), the parties hereby notify the Court that this matter has settled. The parties will file a Stipulation for Dismissal with Prejudice and proposed order therefor, shortly after the Settlement Agreement and Release and has been executed by each party.


DATED this 21st day of March, 2012.


                              _s/ Mark Ogden_____
                              Mark Ogden
                              Michael J. Lehet
                              LITTLER MENDELSON, P.C.
                              Attorneys for Defendant

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1

2  I hereby certify that I electronically transmitted the attached document to the

3  Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the following CM/ECF registrants, and

5  mailed a copy of same to the following if non-registrants, this 21st day of March 2012:

6

7  Kevin R. Harper
   krh@harperlawarizona.com

8  Brian A. Stines
   bas@harperlawarizona.com

9  HARPER LAW PLC
   2200 East Williams Field Road

10 Suite 200
   Gilbert, AZ  85295

11 Attorneys for Plaintiff

12  *s/ ME Martin*
   _____

13 Firmwide:109953341.1 061411.1003

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-