IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Bisson, | No. CV-10-1721-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Crescent Crown Distributing, LLC, | |
| Defendant. | |

**IT IS ORDERED** the parties' stipulated motion to dismiss **(Doc. 60)** is **GRANTED**. The case is **dismissed** with prejudice, each party to bear its/his own costs and fees.

DATED this 2nd day of April, 2012.

Roslyn O. Silver
Chief United States District Judge